TRACY RACICOT HUCKE, Wyoming Bar No. 7-4880
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
Tracy.Hucke@fd.org

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-MJ-36-F |
| PHILLIP DOBBINS, | |
| Defendant. | |

## EMERGENCY MOTION FOR MODIFICATION TO ORDER SETTING CONDITIONS OF PRE-TRIAL RELEASE

Defendant Phillip Dobbins, by and through counsel Tracy Racicot Hucke, Assistant Federal Public Defender, moves this Court for an emergency order modifying Mr. Dobbins conditions of release to allow Zac Baker to transport Mr. Dobbins to the Life House facility in Sheridan, Wyoming.

Mr. Dobbins was granted pre-trial release to allow him to attend the Life House treatment facility to participate in intense inpatient addiction treatment on June 29, 2021. [ECF Doc. 29].   Mr. Dobbins has a pre-arranged bed date with the facility and must be admitted today.   Mr. Dobbins was to be released and

transported from the Platte County Detention Center to the Life House facility in Sheridan, Wyoming by Melanie Brown on July 1, 2021. [*Id.,* ¶ 6].   Counsel and Mr. Dobbins have just been informed that Ms. Brown cannot be located and that Mr. Zac Baker, a close friend of Mr. Dobbins from Cody, Wyoming has driven to Platte in Ms. Brown's stead to transport Mr. Dobbins to the facility however, the jail is unable to release Mr. Dobbins without the appropriate court order allowing Mr. Baker to substitute for Ms. Brown as the means of transport.

Counsel for Mr. Dobbins has informed AUSA Timothy J. Forwood of the situation.   Mr. Forwood continues to object to Mr. Dobbins pre-trial release.

Accordingly, Mr. Dobbins request this court enter an emergency order allowing Mr. Baker to transport Mr. Dobbins from Platte County Detention Center directly to the Life House treatment facility in Sheridan.

DATED this 1st day of July 2021.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Tracy Racicot Hucke*
Tracy Racicot Hucke
Assistant Federal Public Defender

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021 the foregoing was electronically filed and consequently served on counsel of record.

*/s/ Tracy Racicot Hucke*
Tracy Racicot Huck