IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP AARON DOBBINS,<br><br>Defendant. | No. 21CV 84 NDF<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)<br>(Possession with Intent to<br>Distribute Methamphetamine) |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 JUL 22 PM 1:27

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about March 23, 2021, in the District of Wyoming, the Defendant, **PHILLIP AARON DOBBINS**, did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

A TRUE BILL:

*Ink Signature on File*
FOREPERSON

_____
L. ROBERT MURRAY
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | PHILLIP AARON DOBBINS |
| **DATE:** | July 20, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | 21 U.S.C. § 841(a)(1), (b)(1)(B) (Possession with Intent to Distribute Methamphetamine)<br><br>5-40 Years Imprisonment<br>Up To $5,000,000 Fine<br>Nlt 4 Years To Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Richard Fergon, USPS |
| **AUSA:** | Timothy J. Forwood, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |