# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*10:18 am, 8/5/21*

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

PHILLIP AARON DOBBINS

Defendant.

Case Number:   21-cr-84-NDF

Date 8/5/2021     Time 10:01 - 10:11 AM     Before the Honorable   Kelly H. Rankin

☐ Indictment   ☐ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: Possession with Intent to Distribute Methamphetamine

| MiYon Bowden | Melanie Sonntag | N/A |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Michael Elmore | N/A | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing   Christopher Humphrey
☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**   Date  8/5/2021

(Comments)  Defendant advised of his rights and charges.

☐ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☐ Preliminary hearing set for: Date _____ Time _____
Judge _____ in

☐ Revocation hearing set for: Date _____ Time _____
Judge _____ in

☐ Detention hearing set for:
Date _____ Time _____ Judge _____

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☑ Other  Defendant remains released on bond in an in-patient treatment facility.

**Arraignment**

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
1  of an  Indictment
☐ Guilty to count(s)
___  of an  ___

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☐ Photocopy of discovery is permissible
☑ Court orders access to Grand Jury Transcripts
Motions to be filed  ☐ Days  ☐ On or Before  ☐ Discovery
☑ Trial date set for  9/27/2021  at 8:30 AM  Before Honorable  Nancy D. Freudenthal
in  Cheyenne, Wyoming (Courtroom 1)
☑ Speedy trial expires on  9/30/2021
☐ Other